IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA
PLAINTIFF,

vs.    Cr. No. 6:03CR60003-001

OSCAR SANTOSCOY-MARTINEZ,
DEFENDANT.

## ORDER FOR REMISSION OF SPECIAL ASSESSMENT

Now on this _17th_ day of _May_, 2006, comes on to be considered the Government's Petition for Remission of Special Assessment. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

1. On June 4, 2003, Defendant was sentenced to forty-six months incarceration, three years supervised release, and a $100.00 special assessment.

2. The Government moves to remit Defendant's special assessment pursuant to 18 U.S.C. § 3573, which provides:

> Upon petition of the Government showing that reasonable efforts to collect a fine... are not likely to be effective, the court may, in the interest of justice - -

The Government states that the Defendant was deported on March 22, 2006, and that there is no reasonable likelihood that the special assessment can be collected.

4. Upon due consideration, the Government's Petition for Remission of Special Assessment is hereby granted and Defendant's special assessment is remitted.

IT IS SO ORDERED.

HONORABLE ROBERT T. DAWSON
U. S. DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 17 2006

CHRIS R. JOHNSON, CLERK

BY
    DEPUTY CLERK